## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| **TYRONE HALL** | ) | Docket No. <u>**2:06CR008-MEF**</u> |

The Court finds after considering all available evidence that the defendant is not likely to flee or pose a danger to the safety of any other person or the community if released pending<u> voluntary surrender</u>.

[✓] A.      It is ordered that the defendant be released and continued under the same conditions imposed by the U. S. Magistrate Judge on<u> January 25, 2006 </u>.

[  ] B.      It is ordered that the defendant be remanded to the custody of the U.S. Marshal until the defendant posts the required bond as Ordered and/or agrees to comply with any other Ordered conditions of release as follows:

The defendant shall:

[ ]  1.  Execute an unsecured bond in the amount of  <u>$        </u>.

[ ]  2.  Execute a bail bond with surety in the amount of $ _____.

[ ]  3.  Not commit a federal, state or local crime during the period of release.

[ ]  4.  Refrain from possessing a firearm or other dangerous weapon.

[ ]  5.  Report to the Chief U. S. Probation Officer of this District, or his designee, in accordance with instructions.

[ ]  6.  Avoid all contact with the following named persons who are alleged victims and/or witness involved in this case:

_____

[ ]  7.  Refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance as defined in Section 102 of the Controlled Substances Act (21 U.S.C. 802) without a prescription by a licensed medical practitioner.

[ ]  8.  Be restricted to travel in _____.

[ ]  9.  Random drug testing as directed by the Probation Officer and participate in a drug treatment program if deemed necessary by the Probation Officer.

DATE:<u> 9/11/06 </u>

_____
Chief United States District Judge